664 A.2d 497

IN THE MATTER OF SIDNEY S. KANTER,
AN ATTORNEY AT LAW.

September 29, 1995.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court recommending that **SIDNEY S. KANTER** of **IRVINGTON**, who was admitted to the bar of this State in 1972, be temporarily suspended from the practice of law pursuant to *Rule* 1:20–3(g)(4) for failure to cooperate in a pending ethics investigation, and respondent having failed to appear on the return date of the Order to Show Cause in this matter; and good cause appearing;

It is ORDERED that **SIDNEY S. KANTER** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **SIDNEY S. KANTER**, pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **SIDNEY S. KANTER** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.